IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICAHEL B. EBLEN,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

Case No. 6:16-cv-01678-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 15, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

Magistrate Judge Russo's Findings and Recommendation, ECF No. 15, is ADOPTED in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED this 10th day of January, 2018.

/s/ Michael McShane
Michael McShane
United States District Judge